IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RONALD LEE WEISS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | Civil Action No. 02-1566 |
| v. | ) | |
| | ) | |
| JEFFREY BEARD, et al., | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this 25th day of January, 2011, IT IS HEREBY ORDERED that the parties shall file a joint statement by July 25, 2011, notifying the Court of the current status of Petitioner's PCRA proceeding.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster
Chief United States District Judge

cc: All counsel of record