IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD LEE WEISS,<br>    Petitioner,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br>    Respondents. | Civil Action No. 02-1566 |

## ORDER

AND NOW, this 25th day of July, 2011, IT IS HEREBY ORDERED that the parties shall file a joint statement by March 30, 2012, notifying the Court of the current status of Petitioner's PCRA proceeding.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster
Chief United States District Judge

cc: All counsel of record