IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD LEE WEISS, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>JEFFREY BEARD, et al., )<br>    Respondents. ) | Civil Action No. 02-1566 |

## ORDER

AND NOW, this 11th day of May, 2012, IT IS HEREBY ORDERED that the Court's Order to Show Cause, dated April 19, 2012, is hereby vacated and the instant case will remain stayed.

IT IS FURTHER ORDERED that the parties shall file a joint status report by December 31, 2012, notifying the Court of the current status of Petitioner's state court proceedings.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster
Chief United States District Judge

cc: All counsel of record