IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD LEE WEISS,<br>    Petitioner, | )<br>)<br>)   Civil Action No. 02-1566 |
| v. | )<br>) |
| JEFFREY BEARD, et al.,<br>    Respondents. | )<br>) |

### ORDER

AND NOW, this 9th day of January, 2013, IT IS HEREBY ORDERED that the parties shall file a joint statement by October 31, 2013, notifying the Court of the current status of Petitioner's state court proceedings.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster
Chief United States District Judge

cc: All counsel of record