**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONALD LEE WEISS,** | ) |
| **Petitioner,** | ) |
| | )     **Civil Action No. 02-1566** |
| **v.** | ) |
| | ) |
| **JEFFREY BEARD, et al.,** | ) |
| **Respondents.** | ) |

## ORDER

AND NOW, this $\underset{}{\overset{\pi}{\cancel{9}}}$ day of January, 2013, IT IS HEREBY ORDERED
that the parties shall file a joint statement by October 31,
2013, notifying the Court of the current status of Petitioner's
state court proceedings.

BY THE COURT:

_____,C.J.

Hon. Gary L. Lancaster
Chief United States District Judge

cc: All counsel of record